**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

September 17, 2021

A. Thompson Bayliss, Esquire
Joseph A. Sparco, Esquire
ABRAMS & BAYLISS LLP
20 Montchanin Rd., Suite 200
Wilmington, DE 19807

Kevin R. Shannon, Esquire
Christopher N. Kelly, Esquire
Daniel M. Rusk, IV, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

RE:     *AbbVie Endocrine Inc. v. Takeda Pharmaceutical Company
        Limited*, C.A. No. 2020-0953-SG

Dear Counsel:

I have considered the Defendant's Motion to Supplement the Trial Record, the Plaintiff's Motion to Supplement the Trial Record (together, the "Cross-Motions") and the Plaintiff's Limited Opposition to Defendant's Motion to Supplement the Trial Record.

The Cross-Motions are hereby granted, with the exception of Exhibit 1 to the Defendant's Motion ("Exhibit 1"), which is a gloss on disputed facts that would require supplemental discovery in order for the Plaintiff to address. In any event, Exhibit 1 is not dispositive of my decision.

To the extent the foregoing requires an order to take effect, it is SO ORDERED.

Sincerely,

/s/ Sam Glasscock III
Vice Chancellor

cc: All counsel of record (by *File & ServeXpress*)